# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153074

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SHELBY TOWNSHIP,
        Respondent-Appellant,

v

                                           SC: 153074
                                           COA: 323491
                                           MERC: 12-000067

COMMAND OFFICERS ASSOCIATION OF
MICHIGAN,
        Charging Party-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals is considered. The Court requests the appellee to file an answer pursuant to MCR 7.305(D) within 35 days from the date of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



Clerk

t0914